# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

142463 & (11)(12)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TIMOTHY MILES SCOTT,
   Petitioner-Appellant,

v

             SC: 142463
             COA: 301249
             Grd Traverse CC: 10-028009-AL

SECRETARY OF STATE,
   Respondent-Appellee.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 9, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for peremptory reversal is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

p0228